UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD RASBERRY, | ) | No. CV 17-2808-RGK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| SCOTT KERNAN, Sec'y CDCR; DEBBIE ASUNCION, Warden, CSP-LAC, | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 6, 2017

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE